BEFORE: VIKTOR V. POHORELSKY           DATE:       1/10/14
        U.S. MAGISTRATE JUDGE          START TIME: 12:20 p.m.
                                       END TIME:   1:00 p.m.
DOCKET NO.   CV-10-4077                JUDGE:      ARR

CASE NAME:   Sik Gaek v. Yogi's II et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Motion Hearing

APPEARANCES:   Plaintiff     Thomas Park
               Defendant     Peter Lee (Kim)

SCHEDULING AND RULINGS:

1. For reasons stated on the record, the plaintiff's motion for discovery [Dkt. Ent. 137] is granted as to the request for leave to conduct the deposition of Steven Ryu, provided that efforts are undertaken immediately to serve a subpoena on Ryu and to conduct his deposition as soon as practicable.

2. For reasons stated on the record, the defendant's motion to compel production of documents [Dkt. Ent. 136] by the accountant Hyung Suk Choi and his firm Planiom Consulting & Tax Inc. over the objection of the plaintiff is granted in part such that the records requested from those non-parties concerning 149th Place Roosevelt, Inc. are to be produced, but the records requested concerning Chul Ho Park (individually), 149th Place Roosevelt, New York, Inc. and Sik Gaek need not be produced. The court will issue a separate order to the accountant and his firm specifying the documents to be produced.

3. The next conference in this action will be held by telephone on **February 21, 2014 at 5:30 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).